# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRONE DEAN WELCH,<br><br>Defendant. | MJ 23-13-GF-JTJ<br><br>(3:22CR00005-1-IM)<br><br>ORDER FOR TRANSFER TO DISTRICT OF OFFENSE |

IT IS HEREBY ORDERED that pursuant to Fed. R. Crim. P. 32.1(a)(5), the United States Marshal shall transport the defendant to the District of Oregon, where the original charging documents were filed.

DATED this __2nd__ day of February, 2023.

_____
John Johnston
United States Magistrate Judge